O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV11-04459-AHM (SPx) | Date | August 8, 2011 |
|---|---|---|---|
| Title | WETZELS PRETZELS LLC v. TITO JOHNSON, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Cindy Nirenberg | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

**Proceedings:**    MOTION to Compel Arbitration filed by Plaintiff Wetzels Pretzels LLC [28] (non-evidentiary)

Cause called; appearances made.

Court issues tentative ruling and hears oral argument. For reasons and findings stated on the record, the Court GRANTS the motion to compel arbitration. The parties are instructed to file a notice of ruling.

Defendants' second, third, fourth, and fifth counterclaims are subject to arbitration. These counterclaims are hereby stayed pending the outcome of the arbitration.

|  | : | 08 |
|---|---|---|
| Initials of Preparer | | SMO |