O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV11-04459-AHM (SPx) | Date | December 5, 2011 |
|---|---|---|---|
| Title | WETZELS PRETZELS, LLC v. TITO JOHNSON, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Aaron P. Rudin | Victor Jacobovitz | |

**Proceedings:**     STATUS CONFERENCE (non-evidentiary)

Cause called; appearances made.  The scheduling conference is not held.

Court is advised that prior defense counsel, Willie W. Williams, has not turned over his file to successor counsel.  The Court will issue an order to show cause to Mr. Williams regarding his turning over his file or face sanctions.  Order to issue.

Court and counsel confer about the status of the case.  For reasons stated on the record, the Court stays the prosecution of this litigation pending an outcome from the forthcoming binding arbitration.  Plaintiff must file status reports every 13 weeks with the first report due on March 5, 2012 and the second report on June 4, 2012 and then every 13 weeks thereafter.

No pretrial and trial dates are set at this time.

|  | : | 06 |
|---|---|---|
| Initials of Preparer | | SMO |