CALVIN E. DAVIS (SBN: 101640)
AARON P. RUDIN (SBN: 223004)
GORDON & REES LLP
633 West Fifth Street, Suite 5200
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
E-mail: cdavis@gordonrees.com;
arudin@gordonrees.com

Attorneys for Plaintiff and Counter-Defendant WETZEL'S PRETZELS, LLC

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WETZEL'S PRETZELS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>TITO JOHNSON, an individual; and TARIQ JOHNSON, an individual,<br><br>Defendants. | CASE NO. CV 11-04459 AHM (SPx)<br><br>**JUDGMENT AND PERMANENT INJUNCTION** |
| TITO JOHNSON, an individual; and TARIQ JOHNSON, an individual,<br><br>Counterclaimants,<br><br>vs.<br><br>WETZEL'S PRETZELS, LLC, a California limited liability company,<br><br>Counter-Defendant. | |

After consideration of the moving papers, including the declarations, evidence and points and authorities submitted in support thereof and good cause

WET/1071028/13007937v.1

-1-
JUDGMENT

appearing, the Court finds that pursuant to 9 U.S.C. § 9 the July 2, 2012 Arbitration Award is hereby confirmed in its entirety.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREEED THAT:

1. Wetzel's Pretzels LLC ("Wetzel's") properly terminated the Franchise Agreement with Defendants Tito Johnson and Tariq Johnson.

2. Pursuant to and in accordance with Section 10.4(f), (g) and (h) of the Franchise Agreement, Defendants Tito Johnson and Tariq Johnson shall assign to Wetzel's Pretzels LLC the lease for the premises described in Attachment 1 of the Franchise Agreement located at 12521 North Mainstreet, Rancho Cucamonga, CA 91739 (the "Premises") within five days of the date of entry of this Judgment.

3. Defendants Tito Johnson and Tariq Johnson shall assign to Wetzel's Pretzels LLC the lease for any equipment being used on the Premises as of July 2, 2012, within five days of the date of entry of this Judgment.

4. If Defendants fail to assign the lease for the Premises or for any equipment on the Premises within five days of the date of entry of this Judgment, such leases shall be deemed automatically assigned to Wetzel's Preztels LLC as of the sixth day following the date of entry of this Judgment.

5. Judgment is entered, jointly and severally, in favor of Wetzel's Pretzels LLC and against defendants Tito Johnson and Tariq Johnson in the amount of $7,595.50, consisting of $6,170.50 as Wetzel's Pretzels LLC's actual damages and $1,425.00 as reimbursement for arbitration costs.

6. Defendants Tito Johnson and Tariq Johnson shall take nothing on their counter-claims against Wetzel's Pretzels LLC.

7. Defendants and their employees, agents, and all persons acting with them or on their behalf, shall permanently de-identify themselves from Wetzel's, including but not limited to taking down, and ceasing further use, of all signage

(external and internal), window coverings, billboards, insignias, and physical landmarks with the term "Wetzel's Pretzels" or "Wetzel's" contained therein.

8. Defendants and their employees, agents, and all persons acting with them or on their behalf, are permanently enjoined from any and all use of the WETZEL'S PRETZELS® Marks including, but not limited to, the proprietary mark "Wetzel's Pretzels", all similar names and marks and any name or mark containing the designation "Wetzel's Pretzels," "Wetzel's" or any other name, designation or mark, or similar colors or lettering indicating or tending to indicate that Defendants and their employees, agents, and all persons acting on their behalf are an authorized WETZEL'S PRETZELS® bakery;

9. Defendants and their employees, agents, and all persons acting with them or on their behalf, immediately shall destroy, or surrender to Wetzel's, all stationery, letterheads, forms, product packaging, uniforms, business cards, manuals, printed matter, films, books, cassettes, videotapes, licensed software and advertising containing WETZEL'S PRETZELS® Marks, including, but not limited to, the proprietary mark "Wetzel's Pretzels," "Wetzel's" or any similar names or marks or designation or mark indicating or tending to indicate that Defendants are an authorized WETZEL'S PRETZELS® bakery;

10. Defendants and their employees, agents, and all persons acting with them or on their behalf, are permanently enjoined from all advertising as a WETZEL'S PRETZELS® bakery, including, but not limited to, the immediate removal of all signs from Defendants' bakery which contain any WETZEL'S PRETZELS® Marks or other similar identifying marks and the immediate removal of any products being offered for sale using the WETZEL'S PRETZELS® Marks or the WETZEL'S PRETZELS® System;

11. Defendants and their employees, agents, and all persons acting with them or on their behalf are permanently enjoined from using the WETZEL'S

PRETZELS® System, including, but not limited to, operating manuals, training manuals, sales manuals, business methods, technical knowledge, and marketing concepts licensed by Wetzel's to Defendants under the Franchise Agreement, including the right to use Wetzel's processes, recipes, trade secrets, purchasing arrangements, commercial ideas, advertising materials, marketing strategies, information on sources of supply, administrative procedures, business forms, distinctive designs, trade dress, architectural design and uniforms, and employee training techniques;

12. Defendants and their employees, agents, and all persons acting with them or on their behalf are permanently enjoined from doing anything which would indicate that Defendants are an authorized WETZEL'S PRETZELS® Bakery;

13. Defendants and their employees, agents, and all persons acting with them or on their behalf shall promptly delete Defendants' WETZEL'S PRETZELS® listings in the Superpages, Yellow Pages and any other directory as well as on any internet websites.

14. Each side shall bear its own attorney's fees.

15. The UNDERTAKING BOND in the amount of $ $40,000.00 posted by Plaintiff Wetzels Pretzels LLC as to American Contractors Indemnity Company on June 30, 2011 is exonerated. Bond number 456823

IT IS SO ORDERED, ADJUDGED AND DECREED.

Dated: August 6, 2012

_____
U.S. District Court Judge A. Howard Matz

JS-6
cc: Fiscal

-4-
JUDGMENT